USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
VICTOR LOPEZ, *individually and on behalf of all other persons similarly situated*,

                Plaintiff,

v.

MELODY LANES INC. and MELODY LANES NY, INC.

                Defendants.
------------------------------------------------------------ X

17-CV-9072 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on February 14, 2018, the parties reported to the Court that they have reached a settlement of this matter;

WHEREAS on February 20 2018, the Court entered an Order directing that this action be dismissed without costs on March 16, 2018, unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

IT IS HEREBY ORDERED that this action shall be dismissed. The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

**Date: April 6, 2018**
**New York, NY**

*[signature: Valerie Caproni]*
**VALERIE CAPRONI**
**United States District Judge**